## People of the State of Illinois, Defendant in Error, v. A. Fred Kabana, Plaintiff in Error.

### Gen. No. 42,777.

Heard in the second division, first district, this court at the June term, 1943; opinion filed December 14, 1943; rehearing denied December 29, 1943. George G. Rinier and Ray E. Lane, for plaintiff in error; George F. Barrett, Attorney General, and Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.